UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
SEP 09 2015

CASE NO: 5:15-MJ-1938-KS

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| UNITED STATES OF AMERICA | ) |
|---|---|
| V. | ) |
| JONATHAN B. JONES | ) CRIMINAL INFORMATION |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, between February 2014 and December 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JONATHAN B. JONES, did take, with intent to steal and purloin, property belonging to the United States Government, of a value less than $1,000.00, to wit: $999.99 in hazardous duty pay, in violation of Title 18, United States Code, Section 641.

## COUNT TWO

THAT, between February 2014 and December 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JONATHAN B. JONES, did buy, receive, or conceal money, goods, bank notes or other thing which may be the subject of larceny, which was taken, stolen, or embezzled, from another, knowing the same to have been so taken,

stolen, or embezzled, to wit: received $999.99 in hazardous duty pay, in violation of Title 18, United States Code, Section 662.

## COUNT THREE

THAT, between on or about February 2014 and on or about December 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JONATHAN B. JONES, being an officer or employee of the United States or of any department or agency thereof, did embezzle or wrongfully convert to his own use the money or property of another which came into his possession or under his control in the execution of such office or employment, or under color or claim of authority as such officer or employee, to wit: claiming hazardous duty pay without performing hazardous duty work as an Ammunition Management Specialist, working for the U.S. Army Special Warfare Center and School, in violation of Title 18, United States Code, Section 654.

## COUNT FOUR

THAT, between on or about February 2014 and on or about December 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JONATHAN B. JONES, did attempt to knowingly and with intent to defraud, access a protected computer without authorization, or exceeding authorized access, and by means of such conduct furthered the intended fraud and obtained anything of value, to wit: attempted to knowingly and intentionally obtain hazardous duty

payments by exceeding authorized access to a protected computer, utilizing the Automated Time Attendance and Production System (ATAAPS), in violation of Title 18, United States Code, Section 1030(a)(4) and Section 1030(a)(4)(G)(ii).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: /s/ Bennett
JOHN T. BENNETT
Special Assistant
United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222